UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EVANS, | 1:04-cv-06668-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7) |
| vs. | **ORDER DISMISSING ACTION** |
| MARC Z. TALISMAN, et al., | |
| Defendants. / | |

    Plaintiff Anthony Evans ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 9, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 9, 2005, is ADOPTED IN FULL; and,

2. This action is DISMISSED, without prejudice, for plaintiff's failure to obey the court's order of March 7, 2005, and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:  June 15, 2005**            /s/ Robert E. Coyle
668554                        UNITED STATES DISTRICT JUDGE